NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**BELDEN INC.,**
*Appellant*

**v.**

**COMMSCOPE TECHNOLOGIES LLC,**
*Appellee*

---

2025-1440, 2025-1441

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-01061, IPR2023-01062.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2          BELDEN INC. V. COMMSCOPE TECHNOLOGIES LLC

(2)  Each side shall bear their own costs.

FOR THE COURT

<u>March 26, 2025</u>
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** March 26, 2025